IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVETTE ESPARZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:12-CV-0662-D |
| VS. | § | |
| | § | |
| BANK OF AMERICA CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff's May 25, 2012 motion for leave to file amended complaint and add party-defendant is granted. Plaintiff must file the amended complaint—electronically or on paper—within seven days of the date this order is filed. In granting the motion, the court expresses no view on whether Roderick Wilson is or is not a proper party-defendant. That question must be resolved in the context of a proper motion under, for example, Fed. R. Civ. P. 12(b)(6) or 56.

**SO ORDERED**.

July 19, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE