**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **DAVETTE ESPARZA,** § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 3:12-CV-0662-D |
| § | |
| **BANK OF AMERICA CORPORATION,** § | |
| § | |
| Defendant. § | |

**ORDER GRANTING AGREED MOTION FOR 30-DAY**
**EXTENSION OF DISPOSITIVE MOTIONS DEADLINE**

The Agreed Motion for 30-day Extension of Dispositive Motions Deadline is GRANTED, and the dispositive motions deadline is reset from October 15, 2012 to November 14, 2012.

September 20, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE