IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| DAVETTE ESPARZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NUMBER: 3:12-CV-0662-D |
| | § | |
| BANK OF AMERICA, N.A. and | § | |
| RODERICK WILSON, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION FOR THIRTY DAY EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINE**

Plaintiff Davette Esparza's Second Unopposed Motion for a Thirty Day Extension of Discovery and Dispositive Motion Deadline is granted. It is ordered that Discovery Deadline in this case is continued from October 31, 2012 to November 30, 2012, and the Dispositive Motion Deadline is continued from November 15, 2012 to December 15, 2012.

SO ORDERED.

November 1, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

Order Granting Plaintiff Second Unopposed Motion for Thirty Day Extension of Discovery and Dispositive Motion Deadline