IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVETTE ESPARZA, | § |
| | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 3:12-cv-00662-D |
| | § |
| BANK OF AMERICA, N.A. and | § |
| RODERICK WILSON, | § |
| | § |
| Defendants. | § |

**APPENDIX TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Respectfully submitted,

By: s/ Brian Patterson
Brian Patterson
Texas Bar No. 24042974
McGuireWoods LLP
600 Travis, Suite 7500
Houston, Texas 77002
(713) 571-9191
(713) 571-9652 (fax)
**bpatterson@mcguirewoods.com**
**ATTORNEY IN CHARGE FOR**
**DEFENDANTS**

Defendants hereby submit this Appendix to their Brief in Support of Defendants' Motion for Summary Judgment.

## TABLE OF CONTENTS TO APPENDIX

| **Tab** | **Description** | **Appx. #** |
|---|---|---|
| A | Excerpts from Deposition of Davette Esparza, taken September 26, 2012 | 1-14 |
| B | Excerpts from Deposition of Roderick Wilson, taken October 25, 2012 | 15-23 |
| C | Excerpts from Deposition of Florence Coble, taken November 14, 2012 | 24-30 |
| D | Declaration of Melissa Gonzalez | 31-49 |
| E | Declaration of Roderick Wilson | 50-68 |
| F | Declaration of Cheri Lollman | 69-73 |
| G | Pages from Plaintiff's Amended Complaint | 74-76 |
| H | Pages from Aetna File | 77-101 |

## CERTIFICATE OF SERVICE

I, Brian Patterson, an attorney, hereby certify that on this 14 day of December, 2012, a copy of the foregoing instrument was served on all counsel via the Court's ECF filing system.

                                                   s/ Brian Patterson
                                                   Brian Patterson