IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVETTE ESPARZA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:12-cv-00662-D |
| | § | |
| BANK OF AMERICA, N.A. | § | |
| and RODERICK WILSON, | § | |
| | § | |
| Defendants. | § | |

**DECLARATION OF CHERI LOLLMAN**

I, Cheri Lollman, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this Declaration and could testify competently regarding the facts below.

2. I have been employed by Bank of America, N.A. ("the Bank") for nineteen years and have held my current position of Senior Fraud Investigator in the Bank's Corporate Security Department for ten years. As a Senior Fraud Investigator, I investigate external and internal fraud committed against the Bank.

3. Pursuant to the Bank's policies each associate has an individualized NBK, which is a personal identification code and password. In order to sign on to the Bank's computer system, an associate must enter their NBK. Once an associate is logged in all of the activity conducted on the computer can be tracked back to the associate's NBK. It is a violation of the Bank's policies and procedures, and a terminable offense, to conduct activity on a Bank computer while logged in under another associate's NBK.

4. As a Senior Fraud Investigator I have investigated numerous breaches of security in which an associate works under another associate's NBK. In every instance in which my

EXHIBIT F

investigation has concluded that the associate worked under another associate's NBK the associate has been terminated.

5. On July 26, 2011, Melody Valdez, a Personal Banker at the Wheatland banking center, called the Bank's ethics hotline and reported that on July 20, 2011 Davette Esparza, the Banking Center Manager, opened a new account for a customer using Ms. Valdez's NBK. I was assigned to investigate Ms. Valdez's complaint.

6. I began my investigation by conducting an interview with Ms. Valdez. According to Ms. Valdez, on July 20, 2011, she encountered a problem opening a new account while assisting a customer in her office that prompted the customer to request to speak to the manager. Ms. Valdez stated that after she asked Ms. Esparza to come to her office to assist with the issue, Ms. Esparza asked her to leave the office and assist in the bank lobby. Ms. Valdez stated that when she attempted to sign off her computer before leaving the office, Ms. Esparza directed her to remain signed on to the computer. Because Ms. Esparza was Ms. Valdez's direct manager and they were in the presence of a customer, Ms. Valdez complied with the request. Ms. Valdez stated that Ms. Esparza remained in the office with the customer for thirty to forty minutes thereafter.

7. Ms. Valdez stated she became aware that Ms. Esparza had opened a new account for the customer using her NBK later that day when she saw a signature card related to the new account showing it had been opened under her NBK. Ms. Valdez also stated that she showed the assistant manager, Thomas Mungia, the signature card and expressed her disbelief to him that Ms. Esparza had opened an account using her NBK in violation of the Bank's policies and procedures.

8. After interviewing Ms. Valdez, I reviewed the computer records evidencing her NBK activity on July 20, 2011 by accessing the data entry audit trail for her NBK. The data entry audit trail tracks all activity performed on any of the Bank's computers logged in under an associate's NBK, time stamps the activity, and identifies the customer account on which the activity was performed. Through reviewing the data entry audit trail for Ms. Valdez's NBK, I was able to confirm that a new account was opened for a customer on July 20, 2011 under Ms. Valdez's NBK.

9. My review of the data entry audit trail also revealed that Ms. Valdez's NBK was being used simultaneously on two different Bank computers at the time the new customer account was opened on July 20, 2011.

10. I continued my investigation by reviewing the video footage of the Wheatland banking center on July 20, 2011. Prior to the time the customer's account was opened the video showed the customer in the office with Ms. Valdez. The video then showed Ms. Esparza enter the office and Ms. Valdez exit the office. During the time the customer's account was opened using Ms. Valdez's NBK, I could determine from the video that Ms. Esparza was alone in the office with the customer. Ms. Esparza remained in the office until after the account was opened and the customer exited the office and the banking center. At no time did the video show Ms. Valdez reenter the office while Ms. Esparza and the customer were present in the office.

11. I also interviewed the customer. During the interview, the customer stated that the first employee who assisted her on July 20, 2011 was unable to or would not open the requested account, so she asked to speak to a manager who was able to open the account. The customer did not remember the names of the employee or the manager, but provided a physical description of the employee matching the physical description of Ms. Valdez, and a physical

description of the manager who opened the account for her matching the physical description of Ms. Esparza.

12. As part of my investigation, I also interviewed the assistant manager, Thomas Mungia. Mr. Mungia remembered Ms. Valdez expressing she was shocked that Ms. Esparza had used her NBK to open a customer's account and instructed her to call the Bank's ethics hotline.

13. I concluded my investigation by interviewing Ms. Esparza. When Ms. Esparza arrived at my office for the interview and I asked her if she knew why I wanted to talk to her and she immediately began crying and said "No." I then asked her if she had used anybody else's NBK while she had been at the Wheatland banking center. Ms. Esparza stated she had not. I then asked her why a customer would say differently, why an associate would say differently, and why the video and data entry audit trail placed her in the office alone with the customer at the time the account was opened. Ms. Esparza denied opening the account and said she didn't know how it could have happened. In light of the other evidence, I did not find Ms. Esparza's denial credible.

14. As a result of my investigation, I concluded that Ms. Esparza had violated the Bank's Code of Ethics by opening a customer account under Ms. Valdez's NBK. My conclusion was based upon my interviews with the Ms. Valdez, Mr. Mungia, and the customer, and my review of the video and the data entry audit trail of Ms. Valdez's NBK. Ms. Valdez's complaint was corroborated by both Mr. Mungia and the customer, supported by the data entry audit trail, and validated by the video footage. After concluding my investigation, I called the Bank's Advice and Counsel department and reported my findings. Advice and Counsel informed me they were going to recommend Ms. Esparza be terminated. I concurred with the recommendation.

15. Before conducting the investigation I had never met Ms. Esparza. When I conducted the investigation and concurred with the recommendation that Ms. Esparza be terminated, I had no knowledge of whether Ms. Esparza had requested or taken FMLA leave, or whether she suffered from a disability.

I declare under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on this 14th day of December, 2012, at Dallas, Texas.

Cheri Lollman



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DAVETTE ESPARZA, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NUMBER: 3:12-CV-00662-D** |
| | § | |
| BANK OF AMERICA, N.A. AND | § | |
| RODERICK WILSON, | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff Davette Esparza for a claim for relief against defendant Bank of America, N.A. and Roderick Wilson, an individual would show:

I. INTRODUCTION

1. Bank of America, N.A. (BOA), a national bank, employed Esparza from 2002 to September 16, 2011, when defendant Wilson fired her.

2. Esparza has a disability, chronic arthritis, herniated and bulging disks, and Fibromyalgia which conditions caused substantial impairment in her ability to stand, walk, sit, lift and push. Esparza also suffers with episodic debilitating pain caused by these conditions.

3. BOA knew about these disabilities and for many years accommodated them with minimal disruption to the business and Esparza's co-workers. In fact, in November 2010, BOA promoted Esparza to banking center manager.

4. However, shortly after her promotion, BOA re-organized markets and assigned Esparza to Roderick Wilson as consumer market manager and Melissa Gonzalez as consumer market executive, at which point BOA stopped accommodating Esparza's disabilities.

EXHIBIT
tabbies
G

"failure looks like." After the call, several of the participants reached out to Esparza to let her know that her supervisors' treatment of her on the call was shocking, unfair and unwarranted. Esparza lodged a complaint with HR about this poor and unwarranted treatment of her.

21. Because Wilson would not discuss or acknowledge Esparza's approved intermittent leave and accommodations, Esparza lodged a complaint to HR that she was being treated in a disparate and unfair manner by Wilson because of her disabilities.

22. Esparza scheduled treatment for pain, including an epidural injection, during the week of September 19, 2011.

23. Esparza knew these treatments would be debilitating so she asked Wilson to approve a request for leave September 19-24. 2010, but he did not respond to her request.

24. Therefore, Esparza sought and obtained approval of her leave request from HR.

25. However, on September 16, 2011, before her leave commenced, Wilson fired Esparza for bogus and generalized reason of "overall poor performance" notwithstanding that Esparza had just received a bonus for performance.

V. Claims for Relief

26. BOA and Wilson violated the FMLA with respect to her in the following and other respects:

(a) by firing her on or about September 16, 2011, without providing her the entitlements guaranteed by the FMLA because of her own serious health condition;

(b) by interfering with, restraining or denying plaintiff's exercise or her attempts to exercise her rights provided by the FMLA by refusing to grant her request to take intermittent leave;

(c) by discriminating and or otherwise retaliating against her in violation of the FMLA for having taken protected leave under the FMLA prior to her termination.

27. BOA failed to accommodate Esparza's disability and discriminated against her because of her disability, because she had a record of disability or because it perceived her as disabled.

28. BOA terminated Esparza's employment on September 16, 2011, because she had a disability, record of disability, and because it perceived Esparza as disabled.

29. BOA and Wilson terminated Esparza's employment on September 16, 2011, in retaliation because she filed internal discrimination complaints, sought accommodation for her disability, and engaged in other protected activity under the FMLA, ADA and TCHRA.

30. BOA's treatment of Esparza was willful and malicious, spiteful and with specific intent to harm for which exemplary damages ought to be awarded.

31. All conditions precedent to the filing of this action have occurred or have been fulfilled in that Esparza filed a charge of discrimination with the EEOC and Texas Workforce Commission –Civil Rights Division and received her notice of right to sue.

VI. Damages

32. Esparza seeks reinstatement and to recover damages from BOA and Wilson for back pay, front pay and/or lost wages, past and future liquidated damages for willful conduct and attorney's fees for violation of the FMLA, or reinstatement and back pay, future, pay and/or wages and benefits in the past and future, monetary losses, damages for mental anguish and exemplary damages, attorney's fees, costs, interest and such other and further legal and equitable relief to which she may be entitled under the ADA and TCHRA.

VII. Jury Demand

33. A jury trial has been demanded and Esparza requests that this cased be decided by jury.



PO Box 14560
Lexington, KY 40512-4560

Phone: 1-877-444-1012
Fax: 1-866-667-1987

06/16/2011

DAVETTE ESPARZA
5207 PRAIRIE LANE
GRAND PRAIRIE, TX - 75052

Employer: Bank of America Corporation
RE: Confirmation of Request for Family Medical Leave and/or Company Leave of Absence
Leave Number: 4237261
Response Required by: 07/01/2011

Dear MS. DAVETTE ESPARZA:

On 6/16/2011 you requested to take the leave(s) listed below. This letter confirms that request.

Bank of America Family Care Intermittent
Date(s) of Absence
Beginning on 6/15/2011

Federal Family and Medical Leave Act (FMLA)
Date(s) of Absence
Beginning on 6/15/2011

The leave was requested due to: Employee's own health condition

What happens next:
Your leave request will be reviewed once we receive a completed Health Care Provider Certification form which is needed to process and complete your leave request within the required timeframe. Absences are not approved until a final determination is made by Aetna. Should you fail to provide the required information, or should it fail to satisfy the eligibility criteria established under the law, we will send you a denial notice. Also note that you may qualify for multiple leaves although you may have only requested one type of leave.

When your eligibility for the requested leave has been determined, you will be notified by Aetna. If your leave is approved, you will be assigned to an Aetna Leave Coordinator, who will work with you during your leave of absence.

Please refer to the attached document titled "Employee Rights and Responsibilities Under the Family and Medical Leave Act" for additional information.

**What you need to do:**
The following documentation is required by 7/1/2011 to certify the leave(s):

1. If your requested absence is due to bonding, adoption or foster care, a written statement / affidavit, birth certificate or court documentation may be required.

EXHIBIT H

**Benefits Coordination**

Generally, Bank of America will continue to pay the company portion of your annual enrollment benefits during your leave (including FMLA leave) on the same basis as if you were not on leave, for up to 26 weeks from the date your leave begins. This company contribution toward the cost of benefits while you are on leave will be limited to a cumulative total of 26 weeks in a rolling 12-month period (except as provided by applicable law or for approved medical leave of absence). You continue to be responsible for your portion of the cost of the benefits. If you do not continue your contributions, all coverages will be canceled.

If you have any questions about your benefits, contact the Personnel Center at 1-800-556-6044 Monday-Friday between 8:30 AM and 12:00 AM EST. You can also find information about your benefits on:

- The Benefits and Pay Tab on Flagscape (under Time Off Benefits)
- The Aetna Portal site at www.aetna.com

Information about your leave(s):

**Bank of America Family Care Intermittent**
Bank of America provides an associate with unpaid time off work in the following circumstances:
1. to care for a family member with a serious health condition (family members include the associate's child, spouse or parent, and other individuals such as the associate's domestic partner, siblings, parent of spouse or domestic partner, grandparents and other individuals for whom the associate has primary responsibility for giving care) or
2. to care for the associate's family member who has sustained and is recovering from a serious injury incurred in the line of active military duty or who has been notified of an impending call or order to active military duty.

**Federal Family and Medical Leave Act (FMLA)**
Under the FMLA, an associate is entitled to 12 weeks of unpaid job protected leave in a rolling 12-month period for one of four qualifying circumstances:
1. A serious health condition that prevents the associate from working;
2. A serious health condition of the associate's spouse, child, or parent;
3. The birth of the associate's child; or
4. The placement with the associate of a child for adoption or foster care.
Under the FMLA, an associate is entitled to be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment provided the leave period is no greater than 12 weeks.

**Coordination of Leaves**
If you take a leave pursuant to any company leave policy (e.g., STD, maternity, family, etc.) that also qualifies under FMLA or similar state law, the leaves will run concurrently. Also, workers' compensation leave and/or family or medical leave taken under state law that also qualifies as FMLA leave, will be counted toward your FMLA entitlement.

You may be required to furnish re-certification documentation as frequently as every 30 days.

**Questions?**
If you require additional information, please contact the Health Concierge Monday – Friday between 8:00 am – 9:00 pm EST at 1-877-444-1012, and select option 3 for Disability and Leaves.

Sincerely,

Aetna Disability and Leave Management

Enclosures:
Return Envelope
Bank of America Leave of Absence Resources QRC
Authorization for Release of Medical Information for Leave of Absence
Statement of Employee Rights and Responsibilities under the Federal FMLA guidelines
Health Care Provider Certification - Employee Own Illness
Appendix A

PO Box 14560
Lexington, KY 40512-4560

Phone: 1-877-444-1012
Fax: 1-866-667-1987

06/23/2011

DAVETTE ESPARZA
5207 PRAIRIE LANE
GRAND PRAIRIE, TX - 75052

**Employer: Bank of America Corporation**
**RE: Intermittent Leave Approval Letter for Family Medical Leave and/or Company Leave of Absence**
**Leave Number: 4237261**

Dear MS. DAVETTE ESPARZA:

You have been approved for the following intermittent leave(s):

Bank of America Family Care Intermittent
Date(s) of Absence
From 6/15/2011 Through 12/14/2011

Federal Family and Medical Leave Act (FMLA)
Date(s) of Absence
From 6/15/2011 Through 12/14/2011
The frequency of incapacitation from daily activities due to this condition is: 2 time(s) per Month.

The probable duration of each episode of incapacity is: 2/Day(s).

In order for Aetna to properly administer your leave, you may be required to furnish re-certification documentation as frequently as every 30 days. Failure to provide required certifications, re-certifications or notices may affect your right to return to work, your employment status with the company and your right to other company-provided benefits.

You must communicate with your manager and Aetna throughout any absence especially if there is a cancellation, extension or change to any approved period of absence.

While you are on an approved Intermittent leave of absence:

- Meet with your manager to determine if you have available occasional illness or vacation days to fund any unpaid portion of your leave.
- Ensure your manager is reviewing your timesheet to ensure your pay is accurate.

**About your leave(s):**

**Bank of America Family Care Intermittent**
Bank of America provides an associate with unpaid time off work in the following circumstances:
1. to care for a family member with a serious health condition (family members include the associate's child, spouse or parent, and other individuals such as the associate's domestic partner, siblings, parent of spouse or domestic partner, grandparents and other individuals for whom the associate has primary responsibility for giving care) or
2. to care for the associate's family member who has sustained and is recovering from a serious injury incurred in the line of active military duty or who has been notified of an impending call or order to active military duty.

**Federal Family and Medical Leave Act (FMLA)**
Under the FMLA, an associate is entitled to 12 weeks of unpaid job protected leave in a rolling 12-month period for one of four qualifying circumstances:
1. A serious health condition that prevents the associate from working;
2. A serious health condition of the associate's spouse, child, or parent;
3. The birth of the associate's child; or
4. The placement with the associate of a child for adoption or foster care.
Under the FMLA, an associate is entitled to be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment provided the leave period is no greater than 12 weeks.

For more information, please refer to:

- The Benefits and Pay Tab under Time Off Benefits on Flagscape
- The Aetna Portal site at www.aetna.com

**Questions?**
If you require additional information, please contact the Health Concierge Monday – Friday between 8:00 am – 9:00 pm EST at 1-877-444-1012, and select option 3 for Disability and Leaves.

Sincerely,

Aetna Disability and Leave Management

| Client Name: | Bank of America Corporation | Last Name: | ESPARZA | First Name: | DAVETTE | Middle Initial: | D |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | 157525275 | Date of Birth: | 05/26/1973 | Age: | 38 |
| Work State: | TX | Claim ID: | 4237261 | Date of Hire: | 01/27/2003 | Gender: | F |
| Preferred Contact: | 214/334-9230 Phone (Mobile) | | | | | | |

We want you to know™
Aetna

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Is the leave the result of an accident? | No |
| Are you scheduled for or have you had a procedure for this condition? | No |
| Is the leave work related? | No |
| What day(s) are you requesting for your intermittent leave? | 06/15/2011\|06/16/2011 |
| Unknown | No |
| What are your intermittent absence hours: | 06/15/2011\|false\|10$00*18$00^06/16/2011\|false\|10$00*18$00 |
| Have you seen a Health Care Provider about this condition? | Yes |
| Health Care Provider Last Name: | Escamilla |
| Health Care Provider Last Name: | daniels |
| Health Care Provider First Name: | norma |
| Health Care Provider First Name: | michael |
| Health Care Provider Address 1: | 400 West Arbrook |
| Health Care Provider Address 1: | 800 Orthopedic Way |
| Health Care Provider Address 2: | ste 240 |
| Health Care Provider Address 2: | |
| Health Care Provider City: | arlington |
| Health Care Provider City: | arlington |
| Health Care Provider State/Province: | Texas |
| Health Care Provider State/Province: | Texas |
| Health Care Provider Zip: | 76014 |
| Health Care Provider Zip: | 76015 |
| Health Care Provider Phone #: | 817467-0240 |
| Health Care Provider Phone #: | 817 375-5200 |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

We want you to know™
Aetna

| | | | | | |
|---|---|---|---|---|---|
| Client Name: | Bank of America Corporation | Last Name: ESPARZA | First Name: | DAVETTE | Middle Initial: D |
| | | Employee ID: 1575252?? | Date of Birth: | 05/26/1973 | Age: 38 |
| | | Claim ID: 4237761 | Date of Hire: | 01/27/2003 | Gender: F |
| Work State: | TX | | | | |
| Preferred Contact: | 214/334-9230 Phone (Mobile) | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Health Care Provider Fax #: | |
| Health Care Provider Fax #: | |
| What is the treating Health Care Provider's specialty? | Family Practice |
| What is the treating Health Care Provider's specialty? | Physical Med & Rehab |
| If Other, please define: | |
| When was your last office visit? | |
| When is your next office visit? | |
| Has your Health Care Provider given you a projected return to work date? | Not Applicable |
| What is your primary medical condition that keeps you from working? | Herniated Disc |
| If Other, please define: | buldging disc |
| Provide a description of the symptoms: | |
| STD | No |
| Statutory | No |
| Place a check mark in all the boxes that identify any diagnostic test that has been completed for this condition: | 15023\|15016 |
| If Other, please define: | |
| Have you had or are you planning to have surgery for this condition? | No |
| what is or was the date of surgery? | |
| Unknown | No |
| Has the claimant had any previous surgeries? | No |
| If yes, list surgeries: | |
| Do you routinely take any prescribed medications? | Yes |
| Name: | Other |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date: 01/18/2012

Client Name: Bank of America Corporation | Last Name: ESPARZA | First Name: DAVETTE | Middle Initial: D
Employee ID: 1575252275 | Date of Birth: 05/26/1973 | Age: 38
Work State: TX | Claim ID: 4247261 | Date of Hire: 01/22/2003 | Gender: F
Preferred Contact: 214/334-9330 Phone (Mobile)

We want you to know™
Aetna

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Name: | Wellbutrin |
| Name: | Other |
| Name: | Hydrocodone |
| Name: | Other |
| Name: | Other |
| Name: | Other |
| Name: | Other |
| Name: | Other |
| If Other, please define: | mirapex |
| If Other, please define: | |
| If Other, please define: | cymbalta |
| If Other, please define: | |
| If Other, please define: | cyclobenzaprine |
| If Other, please define: | spironolactone |
| If Other, please define: | phentermine |
| If Other, please define: | imitrex |
| If Other, please define: | solodyn |
| Dosage: | .375 mg |
| Dosage: | 450 mg |
| Dosage: | 60 mg |
| Dosage: | 10-325 mg |
| Dosage: | 10 mg |
| Dosage: | 25 mg |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

We want you to know™

Aetna

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client Name: | Bank of America Corporation | Last Name: | ESPARZA | First Name: | DAVETTE | Middle Initial: | P |
| | | Employee ID: | 157525275 | Date of Birth: | 05/26/1973 | Age: | 38 |
| | | Claim ID: | 4237261 | Date of Hire: | 01/27/2003 | Gender: | F |
| Work State: | TX | | | | | | |
| Preferred Contact: | 214/934-9230 Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Dosage: | | | | 37.5 mg | | | |
| Dosage: | | | | 100 mg | | | |
| Dosage: | | | | 80 mg | | | |
| Frequency: | | | | 1 x per day | | | |
| Frequency: | | | | 1 x per day | | | |
| Frequency: | | | | 1 x per day | | | |
| Frequency: | | | | 3 x per day | | | |
| Frequency: | | | | 3 x per day | | | |
| Frequency: | | | | 1 x per day | | | |
| Frequency: | | | | 1 x per day | | | |
| Frequency: | | | | | | | |
| Frequency: | | | | | | | |
| Every | | | | | | | |
| Every | | | | | | | |
| Every | | | | | | | |
| Every | | | | | | | |
| Every | | | | | | | |
| Every | | | | | | | |
| Every | | | | | | | |
| Every | | | | | | | |
| Every | | | | | | | |
| As Needed | | | | No | | | |
| As Needed | | | | No | | | |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date: 01/18/2012

We want you to know™
Aetna

Client Name: Bank of America Corporation | Last Name: ESPARZA | First Name: DAVETTE | Middle Initial: D
Employee ID: 157525275 | Date of Birth: 05/26/1973 | Age: 38
Work State: TX | Claim ID: 4182261 | Date of Hire: 01/27/2003 | Gender: F
Preferred Contact: 214/334-9230 Phone (Mobile)

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

As Needed — No

As Needed — No

As Needed — No

As Needed — No

As Needed — No

As Needed — Yes

As Needed — Yes

In order for us to accurately estimate the length of time it could take for you to return to work, it is important to understand your medical history. Place a check mark in all the boxes below that identify medical conditions. — 19036|19026|19006|19031

If Other, please define: — left knee and acl

It is sometimes necessary to leave you a detailed message in the event that you cannot be reached. May we leave a detailed message that may include specific information regarding your leave? — Yes

Who is your medical carrier? — OTHER

Do you have your health insurance through Aetna? — Yes

IHD Consent Method — Secure Voice Authorization (Conference Employee to Secure Voice Authorization phone number after intake is completed - Intake Rep remains on call)

Comments

Enter additional comments that may help support your claim:

| Initial Triage Review | 6/16/11 | Closed | 6/16/11 10:24 am | WILFEDO COLON | JOHANNA RUSSO | WILFEDO COLON | 6/16/11 10:24 am |
|---|---|---|---|---|---|---|---|

Standalone Cert on File — No

Total Hours Worked in year prior to first day of absence: — 1918

Length of Service as of first day of absence: — 101 months

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Client Name: Bank of America Corporation Last Name: ESPARZA First Name: DAVETTE Middle Initial: D
Employee ID: 157525275 Date of Birth: 05/26/1973 Age: 38
Work State: TX Claim ID: 4237261 Date of Hire: 01/27/2003 Gender: F
Preferred Contact: 214/334-9230 Phone (Mobile)

We want you to know®
Aetna

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| LOA Benefit Eligibility | Federal Family and Medical Leave Act (FMLA)^6/15/2011^6/16/2011^Eligible%Bank of America Family Care Intermittent^6/15/2011^6/16/2011^Eligible |
| Transaction Status: | <TABLE><TR><TD>Federal Family and Medical Leave Act (FMLA):</TD><TD>Pend/Awaiting certification</TD></TR><TR><TD>Bank of America Family Care Intermittent:</TD><TD>Pend/Awaiting certification</TD></TR></TABLE> |
| Eligibility verification with employer: | Not Applicable |
| STD | No |
| OLA | No |
| W/C | No |
| MLOA | No |
| LOA | Yes |
| PFL | No |
| LOA Benefit Accumulation: | Federal Family and Medical Leave Act (FMLA)^12 weeks^0 weeks%Bank of America Family Care Intermittent^12 weeks^0 weeks |
| To Link this Leave to an already existing Leave, select Leave to be linked to from the grid: | |
| To inherit eligibility from a previous leave, select the leave from the grid: | |
| Select Explosion: | Conditional Approval Explosion |
| Send preliminary designation letters | Yes |
| Comments: | Reason for request: SELF<br>Dates requested: 06/15/2011<br>Initial Certification due date: 07/01/2011<br>Intermittent or Continuous: INT<br><br>Please review intake script<br>"Please review for possible IHD referral". |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

We want you to know"
Aetna

Client Name: Bank of America Corporation | Last Name: ESPARZA | First Name: DAVETTE | Middle Initial: D
Employee ID: 154525275 | Date of Birth: 05/26/1975 | Age: 38
Claim ID: 4287261 | Date of Hire: 01/27/2003 | Gender: F
Work State: TX
Preferred Contact: 214/334-9230 Phone (Mobile)

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Image Description: | | | | LOA | | | |
| Image Notes: | | | | MED AUTH | | | |
| HCPC Form Incoming | 6/22/11 | Closed | 6/23/11 8:58 am | WILFEDO COLON | EZAZ RAHI | WILFEDO COLON | 6/23/11 8:58 am |
| Image Description: | | | | HCPC | | | |
| Image Notes: | | | | HCPC | | | |
| HCPC Form Incoming | 6/22/11 | Closed | 6/23/11 8:59 am | WILFEDO COLON | SANJEEV KUMAR | WILFEDO COLON | 6/23/11 8:59 am |
| Image Description: | | | | HCPC | | | |
| Image Notes: | | | | HCPC | | | |
| Leave Usage Updated | 6/23/11 | Closed | 6/23/11 9:01 am | WILFEDO COLON | WILFEDO COLON | WILFEDO COLON | 6/23/11 9:01 am |
| Audit information | | | | Adjudication on 6/23/2011 9:01:49 AM Affected the time balances. Benefits and dates: Federal Family and Medical Leave Act (FMLA) : 06/15/2011/06/15/2011 / Approved/Accepted : 06/16/2011/06/16/2011 / Approved/Accepted ; Bank of America Family Care Intermittent : 06/15/2011/06/15/2011 / Approved/Unpaid : 06/16/2011/06/16/2011 / Approved/Unpaid | | | |
| Transaction Status Update | 6/23/11 | Closed | 6/23/11 9:01 am | WILFEDO COLON | WILFEDO COLON | WILFEDO COLON | 6/23/11 9:01 am |
| Audit information | | | | Federal Family and Medical Leave Act (FMLA) : 06/15/2011/06/15/2011 / Approved/Accepted : 06/16/2011/06/16/2011 / Approved/Accepted ; Bank of America Family Care Intermittent : 06/15/2011/06/15/2011 / Approved/Unpaid : 06/16/2011/06/16/2011 / Approved/Unpaid | | | |
| FMLA Determination | 7/2/11 | Closed | 6/23/11 9:02 am | WILFEDO COLON | WILFEDO COLON | WILFEDO COLON | 6/23/11 9:02 am |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date: 01/18/2012

We want you to know™
Aetna

| | | | | | |
|---|---|---|---|---|---|
| Client Name: | Bank of America Corporation | Last Name: | ESPARZA | First Name: | DAVETTE | Middle Initial: | D |
| | | Employee ID: | 157525275 | Date of Birth: | 05/26/1973 | Age: | 38 |
| Work State: | TX | Claim ID: | 4257261 | Date of Hire: | 01/27/2003 | Gender: | F |
| [illegible]: | 214/334-9750 Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Comments: | | | | Cert Status: Accepted<br>Cert Period Start Date: 06/15/2011<br>Cert Period End Date: 12/14/2011<br>Cert Period Term Date: 12/14/2011<br>Frequency: 2 times per Month<br>Duration: 2 Day(s) | | | |
| EE - Intermit Apprl Ltr | 6/23/11 | Closed | 6/23/11 9:03 am | WILFEDO COLON | WILFEDO COLON | WILFEDO COLON | 6/23/11 9:03 am |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| ER - Intermit Appr Notif | 6/23/11 | Closed | 6/23/11 9:03 am | WILFEDO COLON | WILFEDO COLON | WILFEDO COLON | 6/23/11 9:03 am |
| To Address List: | | | | RODERICK.E.WILSON@BANKOFAMERICA.COM | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| HCPC Form Incoming | 6/23/11 | Closed | 6/24/11 11:30 am | WILFEDO COLON | AMITANSHU GIRI | WILFEDO COLON | 6/24/11 11:30 am |
| Image Description: | | | | HCPC | | | |
| Image Notes: | | | | HCPC | | | |
| Auto Approval | 7/7/11 | Closed | 7/7/11 1:15 pm | WILFEDO COLON | WKAB SYSTEM | WKAB SYSTEM | 7/7/11 1:15 pm |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

We want you to know™
Aetna

| | | | | | |
|---|---|---|---|---|---|
| Client Name: | Bank of America Corporation | Last Name: | ESPARZA | First Name: | DAVETTE | Middle Initial: | D |
| | | Employee ID: | 157525275 | Date of Birth: | 05/26/1973 | Age: | 38 |
| Work State: | TX | Claim ID: | 4237261 | Date of Hire: | 01/27/2003 | Gender: | F |
| Preferred Contact: | 214/384-9230 Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Audit information — The following dates for Federal Family and Medical Leave Act (FMLA) were set to an Approved/Accepted status on 7/7/2011 1:15:37 PM via the auto approval process: 7/7/2011 9:00:00 AM - 7/7/2011 2:00:00 PM
The following dates for Bank of America Family Care Intermittent were set to an Approved/Accepted status on 7/7/2011 1:15:49 PM via the auto approval process: 7/7/2011 9:00:00 AM - 7/7/2011 2:00:00 PM

| Auto Approval | 7/8/11 | Closed | 7/8/11 3:50 pm | WILFEDO COLON | WKAB SYSTEM | WKAB SYSTEM | 7/8/11 3:50 pm |
|---|---|---|---|---|---|---|---|

Audit information — The following dates for Federal Family and Medical Leave Act (FMLA) were set to an Approved/Accepted status on 7/8/2011 3:50:24 PM via the auto approval process: 7/8/2011 11:30:00 AM - 7/8/2011 3:30:00 PM
The following dates for Bank of America Family Care Intermittent were set to an Approved/Accepted status on 7/8/2011 3:50:32 PM via the auto approval process: 7/8/2011 11:30:00 AM - 7/8/2011 3:30:00 PM

| Employer Contact | 7/14/11 | Closed | 7/14/11 12:22 pm | SHANDAL WILLIAMS | SHANDAL WILLIAMS | SHANDAL WILLIAMS | 7/14/11 12:22 pm |
|---|---|---|---|---|---|---|---|

Please enter the employer contact information. — ER Rod 817-614-0951 called to check the certification timeframe for Ee adv of info

| Add Day(s) - Internal | 7/19/11 | Closed | 7/19/11 1:37 pm | WILFEDO COLON | ELIZABETH BRANCH | ELIZABETH BRANCH | 7/19/11 1:37 pm |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Requestor's relationship to Employee: | Self |
| This request is: | Intermittent |
| What new day(s) are you requesting for your existing Intermittent FMLA? | 07/19/2011 |
| Have you informed your manager of your need for a leave? | Yes |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Client Name: Bank of America Corporation | Last Name: ESPARZA | First Name: DAYETTE | Middle Initial: D
Employee ID: 167525275 | Date Of Birth: 05/26/1973 | Age: 38
Work State: TX | Claim ID: 4237261 | Date of Hire: 01/27/2003 | Gender: F
Preferred Contact: 214/334-9230 Phone (Mobile)

We want you to know™
Aetna

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Transaction Status Update | 7/20/11 | Closed | 7/20/11 11:37 am | KATHERINE LEE | KATHERINE LEE | KATHERINE LEE | 7/20/11 11:37 am |

Audit information: Federal Family and Medical Leave Act (FMLA) : 07/19/2011/07/19/2011 / Approved/Accepted ; Bank of America Family Care Intermittent : 07/19/2011/07/19/2011 / Approved/Unpaid

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Leave Usage Updated | 7/20/11 | Closed | 7/20/11 11:37 am | WILFEDO COLON | KATHERINE LEE | KATHERINE LEE | 7/20/11 11:37 am |

Audit information: Adjudication on 7/20/2011 11:37:16 AM Affected the time balances. Benefits and dates: Federal Family and Medical Leave Act (FMLA) : 07/19/2011/07/19/2011 / Approved/Accepted ; Bank of America Family Care Intermittent : 07/19/2011/07/19/2011 / Approved/Unpaid

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Exceeded Freq and Duration Approval | 7/19/11 | Closed | 7/20/11 11:37 am | WILFEDO COLON | WKAB SYSTEM | KATHERINE LEE | 7/20/11 11:37 am |

Audit information: The following dates for Federal Family and Medical Leave Act (FMLA) failed to be auto approved via the auto approval process on 7/19/2011 1:37:06 PM: 7/19/2011 9:15:00 AM - 7/19/2011 5:00:00 PM because they exceeded the frequency and duration within the certification.
The following dates for Bank of America Family Care Intermittent failed to be auto approved via the auto approval process on 7/19/2011 1:37:07 PM: 7/19/2011 9:15:00 AM - 7/19/2011 5:00:00 PM because they exceeded the frequency and duration within the certification.

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| FMLA Absence Adjudication | 7/19/11 | Closed | 7/20/11 11:38 am | WILFEDO COLON | ELIZABETH BRANCH | KATHERINE LEE | 7/20/11 11:38 am |

Comments: approved

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Medical Records | 7/21/11 | Closed | 7/21/11 5:47 pm | WILFEDO COLON | BHUPENDRA SINGH | BHUPENDRA SINGH | 7/21/11 5:47 pm |

Image Description: PATIENT STATUS REPORT

Image Notes:

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Client Name: Bank of America Corporation | Last Name: ESPARZA | First Name: DAVETTE | Middle Initial: D
Employee ID: 157525275 | Date of Birth: 05/26/1973 | Age: 38
Work State: [illegible] | Claim ID: 4237261 | Date of Hire: 01/27/2003 | Gender: F
Preferred Contact: 214/934-9230 Phone (Mobile)

We want you to know™
Aetna

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Analysis/Review Medical Records | 7/21/11 | Closed | 7/22/11 9:13 am | WILFEDO COLON | BHUPENDRA SINGH | WILFEDO COLON | 7/22/11 9:13 am |

| | |
|---|---|
| Date Medical Received | 07/21/2011 |
| Type of Information Recd-select all that apply | Office/Progress Notes |
| If Other Information Received, please describe: | |
| Provider Name: | |
| Diagnosis: | |
| If Other, please specify: | |
| CPT Code | |
| CPT4 Description | |
| Procedure Date: | |
| Date of Disability: | |
| RTW Date (if provided): | |
| Notes | DR NOTES |
| Plan of Action | DR NOTES |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| AddTimeToExistingLOAClaim | 8/8/11 | Closed | 8/8/11 2:46 pm | WILFEDO COLON | DAVETTE ESPARZA | DAVETTE ESPARZA | 8/8/11 2:46 pm |

| | |
|---|---|
| Intake Method | Web |
| This leave request is: | Intermittent |
| Is or will the leave be more than 3 consecutive days? | No |
| Is the leave the result of a non work related accident? | Yes |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

We want you to know™ Aetna

| Client Name: Bank of America Corporation | Last Name: ESPARZA | First Name: DAVETTE | Middle Initial: D |
|---|---|---|---|
| | Employee ID: 157525275 | Date of Birth: 05/26/1973 | Age: 38 |
| Work State: TX | Claim ID: 4237261 | Date of Hire: 01/27/2003 | Gender: F |
| Preferred Contact: 214/334-9290 Phone (Mobile) | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Was or will inpatient or outpatient hospitalization occur as a result of condition? | Outpatient |
| What new day(s) are you requesting for your existing Intermittent FMLA? | 08/09/2011 |
| Enter absence from and to times for each of the absences being reported at this time: | 08/09/2011\|0\|10$00*11$00@15$00*16$00 |
| Do you have your health insurance through Aetna? | Yes |
| IHD Consent Method | Consent already on file |
| Comments | |

| Auto Approval | 8/8/11 | Closed | 8/8/11 2:47 pm | WILFEDO COLON | WKAB SYSTEM | WKAB SYSTEM | 8/8/11 2:47 pm |
|---|---|---|---|---|---|---|---|

Audit information

The following dates for Federal Family and Medical Leave Act (FMLA) were set to an Approved/Accepted status on 8/8/2011 2:47:02 PM via the auto approval process: 8/9/2011 9:00:00 AM - 8/9/2011 10:00:00 AM
The following dates for Federal Family and Medical Leave Act (FMLA) were set to an Approved/Accepted status on 8/8/2011 2:47:07 PM via the auto approval process: 8/9/2011 2:00:00 PM - 8/9/2011 3:00:00 PM
The following dates for Bank of America Family Care Intermittent were set to an Approved/Accepted status on 8/8/2011 2:47:12 PM via the auto approval process: 8/9/2011 9:00:00 AM - 8/9/2011 10:00:00 AM
The following dates for Bank of America Family Care Intermittent were set to an Approved/Accepted status on 8/8/2011 2:47:15 PM via the auto approval process: 8/9/2011 2:00:00 PM - 8/9/2011 3:00:00 PM

| Leave Extension Follow Up | 8/9/11 | Closed | 8/10/11 9:20 am | WILFEDO COLON | DAVETTE ESPARZA | WILFEDO COLON | 8/10/11 9:20 am |
|---|---|---|---|---|---|---|---|

Comments

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

We want you to know™

Aetna

| | | | |
|---|---|---|---|
| Client Name: Bank of America Corporation | Last Name: ESPARZA | First Name: DAVETTE | Middle Initial: D |
| | Employee ID: 157525275 | Date of Birth: 09/26/1973 | Age: 38 |
| Work State: TX | Claim ID: [illegible]4237261 | Date of Hire: 01/27/2003 | Gender: F |
| Preferred Contact: 214/334-9230 Phone (Mobile) | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| AddTimeToExistingLOAClaim | 9/6/11 | Closed | 9/5/11 12:57 pm | WILFEDO COLON | DAVETTE ESPARZA | DAVETTE ESPARZA | 9/5/11 12:57 pm |

| | |
|---|---|
| Intake Method | Web |
| This leave request is: | Intermittent |
| Is or will the leave be more than 3 consecutive days? | Yes |
| Is the leave the result of a non work related accident? | Yes |
| Was or will inpatient or outpatient hospitalization occur as a result of condition? | Unknown |
| What new day(s) are you requesting for your existing Intermittent FMLA? | 09/19/2011\|09/20/2011\|09/21/2011\|09/22/2011\|09/23/2011 |
| Enter absence from and to times for each of the absences being reported at this time: | 09/19/2011\|true\|10$00*18$00^09/20/2011\|true\|10$00*18$00^09/21/2011\|true\|10$00*18$00^09/22/2011\|true\|10$00*18$00^09/23/2011\|true\|10$00*18$00 |
| Do you have your health insurance through Aetna? | Yes |
| IHD Consent Method | Consent already on file |
| Comments | |

| Task Name | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Auto Approval | 9/6/11 | Closed | 9/5/11 12:58 pm | WILFEDO COLON | WKAB SYSTEM | WKAB SYSTEM | 9/5/11 12:58 pm |

| | |
|---|---|
| Audit information | The following dates for Federal Family and Medical Leave Act (FMLA) were set to an Approved/Accepted status on 9/5/2011 12:57:41 PM via the auto approval process: 9/19/2011 9:00:00 AM - 9/19/2011 5:00:00 PM<br>The following dates for Federal Family and Medical Leave Act (FMLA) were set to an Approved/Accepted status on 9/5/2011 12:57:47 PM via the auto approval process: 9/20/2011 9:00:00 AM - 9/20/2011 5:00:00 PM<br>The following dates for Bank of America Family Care Intermittent were set to an Approved/Accepted status on 9/5/2011 12:57:55 PM via the auto approval process: 9/19/2011 9:00:00 AM - 9/19/2011 5:00:00 PM<br>The following dates for Bank of America Family Care Intermittent were set to an Approved/Accepted status on 9/5/2011 12:57:59 PM via the auto approval process: 9/20/2011 9:00:00 AM - 9/20/2011 5:00:00 PM |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

We want you to know™
Aetna

| | | | | | |
|---|---|---|---|---|---|
| Client Name: Bank of America Corporation | Last Name: ESPARZA | First Name: DAVETTE | Middle Initial: D |
| | Employee ID: 157525275 | Date of Birth: 05/26/1973 | Age: 38 |
| Work State: TX | Claim ID: 4257261 | Date of Hire: 01/27/2003 | Gender: F |
| Preferred Contact: 214/334-9230 Phone (Mobile) | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Leave Extension Follow Up | 9/6/11 | Closed | 9/6/11 11:07 am | WILFEDO COLON | DAVETTE ESPARZA | WILFEDO COLON | 9/6/11 11:07 am |

Comments

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Leave Usage Updated | 9/6/11 | Closed | 9/6/11 11:08 am | WILFEDO COLON | WILFEDO COLON | WILFEDO COLON | 9/6/11 11:08 am |

Audit information: Adjudication on 9/6/2011 11:08:50 AM Affected the time balances. Benefits and dates: Federal Family and Medical Leave Act (FMLA) : 09/19/2011/09/20/2011 / Approved/Accepted : 09/21/2011/09/23/2011 / Approved/Accepted ; Bank of America Family Care Intermittent : 09/19/2011/09/20/2011 / Approved/Unpaid : 09/21/2011/09/23/2011 / Approved/Unpaid

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Transaction Status Update | 9/6/11 | Closed | 9/6/11 11:08 am | WILFEDO COLON | WILFEDO COLON | WILFEDO COLON | 9/6/11 11:08 am |

Audit information: Federal Family and Medical Leave Act (FMLA) : 09/19/2011/09/20/2011 / Approved/Accepted : 09/21/2011/09/23/2011 / Approved/Accepted ; Bank of America Family Care Intermittent : 09/19/2011/09/20/2011 / Approved/Unpaid : 09/21/2011/09/23/2011 / Approved/Unpaid

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Employment Status Change Notification | 9/22/11 | Closed | 9/23/11 2:11 pm | WILFEDO COLON | LoadManager | WILFEDO COLON | 9/23/11 2:11 pm |

Employment Status:

Employment Status Effective Date:

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Claim Closure Reviewed | 9/23/11 | Closed | 9/23/11 2:13 pm | WILFEDO COLON | WILFEDO COLON | WILFEDO COLON | 9/23/11 2:13 pm |

What is the claim closure reason: Resigned

Benefit Usage updated to include time taken for this claim

Communications to EE completed to client specifications:

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

We want you to know™
Aetna

Client Name: Bank of America Corporation | Last Name: ESPARZA | First Name: DAVETTE | Middle Initial: D
Employee ID: 157525275 | Date of Birth: 05/26/1973 | Age: 38
Work State: TX | Claim ID: 4237761 | Date of Hire: 01/27/2003 | Gender: F
Employee Contact: 214/334-9230 Phone (Mobile)

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Communications to ER completed to client specifications:
Certification received documented in claim
If Intermittent, was the cert termination date entered on the certification detail
It STD involved, are dates for FMLA the same for STD:
Comments: associate is not eligible for FMLA if his / her employment has been terminated.

Employment Status: Terminated

Employment Status Effective Date: 09/17/2011

| Task Name | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Leave Usage Updated | 9/23/11 | Closed | 9/23/11 2:16 pm | WILFEDO COLON | WILFEDO COLON | WILFEDO COLON | 9/23/11 2:16 pm |

Audit information: Adjudication on 9/23/2011 2:16:39 PM Affected the time balances. Benefits and dates: Federal Family and Medical Leave Act (FMLA) : 09/19/2011/09/23/2011 / Cancelled/ ; Bank of America Family Care Intermittent : 09/19/2011/09/23/2011 / Cancelled/

| Task Name | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Transaction Status Update | 9/23/11 | Closed | 9/23/11 2:16 pm | WILFEDO COLON | WILFEDO COLON | WILFEDO COLON | 9/23/11 2:16 pm |

Audit information: Federal Family and Medical Leave Act (FMLA) : 09/19/2011/09/23/2011 / Cancelled/ ; Bank of America Family Care Intermittent : 09/19/2011/09/23/2011 / Cancelled/

| Task Name | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| EE Employment Status | 9/23/11 | Closed | 9/23/11 2:18 pm | WILFEDO COLON | LoadManager | WILFEDO COLON | 9/23/11 2:18 pm |

Audit information: The client submitted notice of terminated status, please review all open or pended claims.

| Task Name | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Late Employee Contact | 11/4/11 | Closed | 11/8/11 2:18 pm | WILFEDO COLON | TRACEY SMITH | WILFEDO COLON | 11/8/11 2:18 pm |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

 2011-Jul-21 02:26 PM Bank of America 9722835166 3/3

ARLINGTON ORTHOPEDIC ASSOCIATES, P.A.

800 ORTHOPEDIC WAY • ARLINGTON, TX 76015 • (817) 375-5200

# PATIENT STATUS REPORT

DATE: 7/21/11 NAME: Davette Esparza

EMPLOYER:

DIAGNOSIS: lumbago lumbar Radiculopathy

Patient is being treated for a work-related injury: ☐ Yes ☐ No Patient is currently working: ☐ Yes ☐ No

Patient is off work: ☐ Yes ☐ No Patient is at limited duty: ☐ Yes ☐ No (If yes, identify restrictions below.)

Restrictions specific to: ☐ Right ☐ Left ☐ N/A

☐ Hand / Wrist ☐ Shoulder ☐ Arm ☐ Foot / Ankle ☐ Knee ☐ Leg ☐ Neck ☒ Back ☐ Other

**LIMITED DUTY RESTRICTIONS:**

| Max Hours per day: | 0 | 2 | 4 | 6 | 8 | Other | | Other Restrictions: |
|---|---|---|---|---|---|---|---|---|
| Standing | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | Patient to wear splint at work |
| Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | Patient to use crutches at all times |
| Kneeling/Squatting | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | Patient to keep it elevated. |
| Bending | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | No lifting of any kind. |
| Pushing / Pulling | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | Weight restriction of 5 – 10 lbs. |
| Walking | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | Weight restriction of 10 – 20 lbs. |
| Grasping | ☐ | ☐ | ☐ | ☐ | ☐ | | ☒ | Other pt needs to sit |
| Keyboarding | ☐ | ☐ | ☐ | ☐ | ☐ | | | down every 30 minutes |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | | | for 3-4 minutes at a time |

Date of return to limited duty: Date of return to full duty:

NEXT APPOINTMENT DATE: AT A.M. P.M.

**NOTE: PATIENT MUST KEEP SCHEDULED APPOINTMENT IF LIMITED DUTY OR OFF-WORK RESTRICTION IS GIVEN. THE PATIENT IS REQUIRED TO RETURN TO FULL DUTY IF APPOINTMENT IS MISSED.**

**PHYSICIAN'S OR AUTHORIZED SIGNATURE** [signature]

DCN: 110721086289 PAGE: 005 SEQUENCE: SWF0721201102894001

DCN: 11062205698Z PAGE: 001 SEQUENCE: SWF06222011008447001

Leave Claim # 4237261

# Authorization for Release of Medical Information – Leave of Absence

**Mail this completed form to:**
Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

This form requests an Employee's express authorization ("Authorization") for Aetna Life Insurance Company ("Aetna") to ask another person or organization to disclose Employee's Protected Health Information ("PHI") to Aetna for the following limited purpose(s):

**Administration of leave of absence requests ("leave requests") under the Federal Family and Medical Leave Act (FMLA) and state family and medical leave laws.**

We are asking you to allow Aetna to discuss PHI with your health care provider to clarify information on the Health Care Provider Certification Form (the "Medical Certification") submitted to Aetna in support of your leave of absence request. Clarification may entail questions about the health care provider's handwriting on the Medical Certification or questions to understand the meaning of a response on the Medical Certification. Additionally, we are asking you to allow your health care provider or Aetna to share PHI pertaining to your serious health condition, to a health care provider who Aetna may retain to perform a second or third opinion on your request for a leave of absence.
I understand the following:

- There may be a delay in the processing of my leave request if clarification of Medical Certification, or a second or third opinion are necessary.
- This Authorization lasts twelve (12) months after my leave request is processed, unless law requires a shorter period.
- I may revoke this Authorization at any time by notifying Aetna in writing, but if I do that, it won't have any effect on actions that Aetna takes before receiving my revocation notice.
- If I do not sign this Authorization, it will not affect how Health Care Providers treat me. However, Aetna may not be able to review my leave request to determine if I am eligible for benefits, and my leave request may be denied.
- I may receive a copy of this Authorization if I make my request in writing to the address listed above.
- Once my information is given out as allowed in this Authorization, federal privacy laws may not protect it.
- The information released under this Authorization may be submitted to Aetna electronically, by phone, fax or mail.
- I can see or copy this signed form if I ask Aetna for it in writing.
- A copy of this Authorization may be treated as a signed original.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. ***Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.***

| Employee's Name: Danette D. Esparza | Date: 6-21-11 |
|---|---|
| Employee's or Legal Representative's Signature: [signature] | Legal Representative's Name and Relationship: N/A |
| Employer's Name: Bank of America | |

**If your leave is being requested to Care for a Family Member please have your family member or his / her legal representative complete the section below.**

| Family Member's Name (Patient): N/A | Date: N/A |
|---|---|
| Family Member's or Legal Representative's Signature | Legal Representative's Name and Relationship |

WKAB
GR-68474 (12-10)

2011-Jun-22 08:31 AM Bank of America 9722835166 1/5



DCN: 11062205698Z PAGE: 003 SEQUENCE: SWF06222011008470O1

Return to Fax #: (866) 667-1987
Mail To: Aetna Disability – Workability,
P.O. Box 14560
Lexington, KY 40512-4560

Aetna

Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

OMB Control Number: 1215-0181
Expires: 12/31/2011

**SECTION I: For Completion by the EMPLOYER**

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact: Bank of America 1800 556-6044

Employee's job title: N/A Regular work schedule: N/A

Employee's essential job functions: N/A

Check if job description is attached: ____

**SECTION II: For Completion by the EMPLOYEE**

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: Daulette D. Esparza
First Middle Last

**SECTION III: For Completion by the HEALTH CARE PROVIDER**

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: Norma L. Escamilla DO.

Type of practice / Medical specialty: Family Practice.

Telephone: (817) 447-0240 Fax: (817) 472-9385

CONTINUED ON NEXT PAGE

DCN: 11062205 6982 PAGE: 005 SEQUENCE: SWF062220110084 7001

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: condition chronic present for years

Probable duration of condition: Chronic

**Mark below as applicable:**

Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
✓ No ___ Yes. If so, dates of admission:

Date(s) you treated the patient for condition:
6/15/11

Will the patient need to have treatment visits at least twice per year due to the condition? ___ No ✓ Yes.

Was medication, other than over-the-counter medication, prescribed? ___ No ✓ Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___ No ✓ Yes. If so, state the nature of such treatments and expected duration of treatment:

2. Is the medical condition pregnancy? ✓ No ___ Yes. If so, expected delivery date: ___

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ___ No ✓ Yes.

If so, identify the job functions the employee is unable to perform:
Patient has to take time off During her Flare ups of pain

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

Patient has Chronic Arthritis pain of Neck, Low Back and Knees. She is unable to work During periods of pain. She is under the care of orthopedist. She is on hydrocodone, Celebrex For pain.
Dr. Todd Daniel and Dr. Burnette

 CONTINUED ON NEXT PAGE 

2011-Jun-22 08:31 AM Bank of America 9722835166

3/5

DCN: 110622056982 PAGE: 007 SEQUENCE: SWF062201100847001

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ✓ No ___ Yes.
   → Not currently

   If so, estimate the beginning and ending dates for the period of incapacity: ______________

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___ No ___ Yes.

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ___ No ___ Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   ______________________________________________

   Estimate the part-time or reduced work schedule the employee needs, if any:

   ________ hour(s) per day; ________ days per week from ________ through ________

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___ No ✓ Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   ___ No ✓ Yes. If so, explain:

   Patient unable to work due to pain which is aggravated by prolonged walking and standing.

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency: 1-2 times per ___ week(s) ✓ month(s)

   Duration: ___ hours or 2 day(s) per episode

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

 CONTINUED ON NEXT PAGE 

2011-Jun-22 08:31 AM Bank of America 9722835166 4/5

Signature of Health Care Provider — Date 6/20/11

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Form WH-380-E Revised January 2009