IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVETTE ESPARZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:12-CV-0662-D |
| VS. | § | |
| | § | |
| BANK OF AMERICA, N.A., et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

If defendants oppose granting plaintiff's January 7, 2013 motion for extension of time to file response in opposition to defendants' motion for summary judgment, they must file their opposition response no later than January 9, 2013 at noon. If the court grants plaintiff's motion, her summary judgment response will be due no later than January 14, 2013.

**SO ORDERED**.

January 8, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE