IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVETTE ESPARZA, | § |
| Plaintiff, | § |
| | § Civil Action No. 3:12-CV-0662-D |
| VS. | § |
| BANK OF AMERICA, N.A., et al., | § |
| Defendants. | § |

### ORDER

Plaintiff's January 7, 2013 motion for extension of time to file response in opposition to defendants' motion for summary judgment is granted, and plaintiff's summary judgment response is due no later than January 14, 2013. Defendants' request for an extension of their reply deadline is granted, and they must file their reply brief no later than 21 days after plaintiff files her response.

**SO ORDERED**.

January 9, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE